Opinion filed July 25, 2024



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00094-CV

_____

## CALVIN POINDEXTER AND KATRINA POINDEXTER, Appellants

## V.

## WTX PATRIOT COMPRESSION SERVICES, INC.; WTX PATRIOT MANAGEMENT SERVICES, INC.; JAMES ABNEY; AND HEATHER ABNEY, Appellees

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV59275**

### M E M O R A N D U M   O P I N I O N

Appellants, Calvin Poindexter and Katrina Poindexter, filed a notice of appeal from the trial court's summary judgment in favor of Appellees. When this appeal was docketed, the clerk of this court requested that Appellants remit the $205 filing fee and file a docketing statement on or before April 15, 2024. On April 26, we

notified Appellants by letter that the filing fee and docketing statement were past due. In that letter, we directed Appellants to pay the filing fee and to file the docketing statement on or before May 3, 2024, and we informed Appellants that the failure to comply with these requirements "may result in dismissal of the case." On May 17, 2024, we further extended the deadline for Appellants to pay the filing fee and file the docketing statement to June 7, 2024, again informing them that the failure to comply "may result in dismissal of the case." We sent a final reminder on July 8, 2024, requesting that Appellants pay the filing fee and file the docketing statement immediately. As of this date, we have not received the filing fee or the docketing statement from Appellants.

Because Appellants have failed to pay the required filing fee and have failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.


JOHN M. BAILEY
CHIEF JUSTICE


July 25, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.